USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/15/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
FD SPECIAL OPPORTUNITIES V, LLC :
, et al.,                        :
                                 :
                 Plaintiffs,     :
                                 :      **21 Civ. 797 (VM)**
        -against-                :      **ORDER**
                                 :
SILVER ARCH CAPTIAL PARTNERS,    :
LLC, et al.,                     :
                                 :
                 Defendant.      :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On April 5, 2021, Defendants filed a letter motion requesting a conference to obtain guidance or a ruling on whether an amendment or pre-answer motion to dismiss is warranted in this matter. (See Dkt. No. 6.) After reviewing the submission, including the parties' correspondence, the Court does not believe a conference is necessary at this time. Instead, the court is inclined to treat the parties' pre-motion letters as a motion to dismiss, see Kapitalforeningen Lægernes Invest. v. United Techs. Corp., 779 F. App'x 69, 70 (2d Cir. 2019) (affirming the district court ruling deeming an exchange of letters as a motion to dismiss), but if further briefing becomes necessary the Court will direct the parties to file additional material.

**SO ORDERED:**

Dated:    New York, New York
          15 April 2021

_____
          Victor Marrero
          U.S.D.J.