```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
FD SPECIAL OPPORTUNITIES V, LLC, FD GP :
INVESTMENT, INC.,                      :
                                       :
                    Plaintiffs,        :
                                       :         ORDER
     - against -                       :
                                       :
SILVER ARCH CAPITAL PARTNERS, LLC,     :
JEFFREY WOLFER, and MATT COLE,         :      21 Civ. 797 (VM)
                                       :
                    Defendants.        :
---------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2022

**VICTOR MARRERO**, United States District Judge.

In light of the order granting an extension of time to complete discovery (Dkt. No. 22), the case management conference scheduled for February 18, 2022 is rescheduled for April 22, 2022 at 11:30 a.m.

Dated:     January 26, 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.