```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
FD SPECIAL OPPORTUNITIES V, LLC, FD GP :
INVESTMENT, INC.,                      :
                                       :
                    Plaintiffs,        :
                                       :         ORDER
      - against -                      :
                                       :
SILVER ARCH CAPITAL PARTNERS, LLC,     :
JEFFREY WOLFER, and MATT COLE,         :         21 Civ. 797 (VM)
                                       :
                    Defendants.        :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Pursuant to the Court's pretrial supervision referral order (see Dkt. No. 21), the parties are directed to address the motion to quash and related papers (see Dkt. Nos. 38-41) to Magistrate Judge Wang.

Dated: March 23, 2022
       New York, New York

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2022