```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X
FD SPECIAL OPPORTUNITIES V, LLC, FD GP
INVESTMENT, INC.,

                Plaintiffs,

   - against -

SILVER ARCH CAPITAL PARTNERS, LLC,
JEFFREY WOLFER, and MATT COLE,

                Defendants.
----------------------------------------X

**ORDER**

21 Civ. 797 (VM)

**VICTOR MARRERO**, United States District Judge.

At the request of the parties (see Dkt. No. 61), the case management conference in this matter scheduled for April 22, 2022 is hereby adjourned. The parties are directed to inform the Court once Judge Wang determines fact discovery is complete, and at that time the Court will set the next conference date.

**SO ORDERED.**

Dated:  April 20, 2022
        New York, New York

_____
Victor Marrero
U.S.D.J.