**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
FD SPECIAL OPPORTUNITIES V, LLC, et al.,      :
                                              :
            Plaintiff,                    :     21-CV-797 (VM) (OTW)
                                              :
            -against-                    :     **SCHEDULING ORDER**
                                              :
SILVER ARCH CAPITAL PARTNERS, LLC, et al.,    :
                                              :
            Defendants.                   :
                                              :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Pre-Settlement Conference Scheduling Call scheduled for Wednesday, May 4, 2022 at 2:30 p.m. is **adjourned**. The Court will hold an in-person discovery status conference on **Tuesday, May 24, 2022 at 11:00 a.m.** at the Daniel Patrick Moynihan Courthouse, Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a proposed joint agenda by **Friday, May 20, 2022**.

    **SO ORDERED.**

Dated: May 3, 2022                      _s/ Ona T. Wang_
      New York, New York           **Ona T. Wang**
                                     United States Magistrate Judge