**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
FD SPECIAL OPPORTUNITIES V, LLC, et al.,     :
                                                  :
                      Plaintiff,        :        21-CV-797 (VM) (OTW)
                                                  :
                     -against-           :        **ORDER**
                                                  :
SILVER ARCH CAPITAL PARTNERS, LLC, et al.,   :
                                                  :
                    Defendants.      :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to rulings made on the record at the status conference held on May 24, 2022, the parties are directed to submit a proposed schedule for party depositions by **June 10, 2022**. Defendants' motion to quash (ECF 31), Plaintiffs' motion to quash (ECF 38), and Defendants' Motion to file Amended Answer, Counterclaim, and Third-Party Complaint (ECF 57) are **denied without prejudice** as premature. The parties have represented to the Court that they will be able to resolve disputes pertaining to their Joint Motion to Compel (ECF 63) through further meeting and conferring, so the Joint Motion to Compel is also denied as moot.

The parties shall file a joint status letter by **August 5, 2022**, informing the Court of the status of discovery. The parties are requested to order a copy of the transcript from the May 24, 2022 status conference and to split the costs evenly.

Defendants' letter motions to seal (ECF Nos. 41, 43, 45, 49, 50, 58) and Plaintiff's letter motion to seal (ECF 64) are **denied without prejudice**. The parties are directed to meet and confer, agree to **redactions** of the documents at issue, and resubmit revised motions to seal by **June 14, 2022**.

The Clerk of Court is respectfully directed to terminate ECF Nos. 31, 38, 41, 43, 45, 49, 50, 57, 58, 63, 64, 66, and 70.

**SO ORDERED.**

Dated: May 25, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge