**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
FD SPECIAL OPPORTUNITIES V, LLC, et al.,　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　　　　　　　　　　:　　21-CV-797 (VM) (OTW)
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　-against-　　　　　　　　　　　　　　　:　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
SILVER ARCH CAPITAL PARTNERS, LLC, et al.,　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed Plaintiff's uncontested motion to seal certain exhibits in ECF Nos. 12, 40, and 50. The motion to seal/redact is **GRANTED** as to specified portions of Exhibit C in ECF 12, Exhibit A in ECF 40, and Exhibit D in ECF 50. As the Court is unable to seal only portions of a docket entry under the new sealing procedures, the Clerk of Court is respectfully directed to restrict viewing of the following filings to the parties and Court personnel only:

- ECF 12
- ECF 40
- ECF 50

Defendants are directed to review the ECF Rules & Instructions, section 6, and refile their submissions, originally filed at ECF Nos. 12, 40, and 50, with the granted redactions by **July 15, 2022**.

The Clerk of Court is respectfully directed to close ECF 59 and ECF 76.

**SO ORDERED.**

Dated: June 17, 2022
New York, New York

                                                                        *s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge