UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
FD SPECIAL OPPORTUNITIES V, LLC, et al.,              :
                                                       :
                Plaintiff,             :      21-CV-797 (VM) (OTW)
                                                       :
                -against-             :
                                                       :      **ORDER**
SILVER ARCH CAPITAL PARTNERS, LLC, et al.,            :
                                                       :
                Defendants.            :
                                                       :
                                                       :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The parties are directed to disregard ECF 79. The Clerk of Court is respectfully directed to strike ECF 79 from the docket.

**SO ORDERED.**

                                                                   *s/ Ona T. Wang*
Dated: June 28, 2022                              **Ona T. Wang**
        New York, New York               United States Magistrate Judge