**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

FD SPECIAL OPPORTUNITIES V, LLC, et al.,

               Plaintiff,

               -against-

SILVER ARCH CAPITAL PARTNERS, LLC, et al.,

               Defendants.

------------------------------------------------------------x

21-CV-0797 (VM) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed ECF Nos. 92 and 93. The parties are directed to participate in the mediation in good faith <u>before</u> depositions.

The parties shall have selected a mediator by **August 5, 2022**, and shall have scheduled their mediation by **August 19, 2022**. The parties are further directed to submit a joint status letter by **August 26, 2022**.

SO ORDERED.

Dated: July 22, 2022
      New York, New York

              _s/ Ona T. Wang_
              **Ona T. Wang**
              United States Magistrate Judge