## Hartley T. Bernstein, Esq.

| | |
|---|---|
| **From:** | David Ferris <david@ferrisdevelopment.com> |
| **Sent:** | Friday, January 08, 2021 4:35 PM |
| **To:** | hbernstein@bersteincherney.com |
| **Cc:** | Keith Vernon; FARRAHERJ@GTLAW.com; Matt Cole; Jeff Wolfer; Michael R. Leighton |
| **Subject:** | Class Action / RICO / NJ AG /FBI Financial Crimes |

Mr. Bernstein,

Thank you for your preservation letter dated January 7, 2021.

Our legal team's research (Greenberg, Timoney Knox, Ferris in house attys) has now made us fully aware your clients are operating a financial scam; taking client deposits in a very similar manner and not performing on their loans. Mr. Wolfer and Cole are using Covid to prey on unsuspecting borrowers. Iv called some of my best contacts with NJ and am awaiting the Governors return call for direct contacts to the AG, FBI Financial Crimes Div (over the weekend im going to call the former FBI SAC from NJ) that was driving my Ferrari last summer and find out who I need to get involved ASAP to prevent more victims. In days not weeks your clients should wonder if law enforcement is recording their conspiracy calls.

Given your historical role settling this criminal behavior its clear there are a significant number of aggrieved applicants who's deposits were stolen with no services or loan provided. As such, I have assembled a good team to pursue your clients for fraud in a class action law suit. If you and your clients have not figured out the connection yet let me make it clear, I am a graduate of Loyola Law 1996, Keith Vernon was my classmate 1996 (godfather of my daughter – brought down big tobacco), and Jay Farraher my cousin class of 1994. We the Loyola team are going to contact every victim or as Silver Arch would call them "applicants" who applied for a loan with Silver Arch that did not result in a financing. We know we will find a long list of applicant's where front end fees were collected and no loan occurred. We are going to sue in SD of NY and have enough counts and claims that their insurer is going to run for cover and likely not cover the extent of the claims. Tell your clients to think about the millions in fees they wrongfully took from applicants then adding treble damages to it and the fact that Keith is going pursue their wrong doing for me for free. They will be offering me a seven figure settlement within 90 days and wish they wired my money back. Your clients should be thinking about RICO, or why Harvey Weinstein was put in jail, he had plenty of chances to settle with that one additional claimant and write a check. Instead he bet the farm that he would not be sued and the case would go away quietly like all the other victims. He thought the confidentially agreements would protect him and the victims would never band together to expose his bad acts and worst of all none of it would ever be made public. Your clients are why a TV show of American Greed exists. Tell them to spend their weekend counting over the last 5 years how many loan deposits they took where they never issued a loan?

We are not dealing with this like the other claims where you got to pay off victims for fractions of what was stolen. We are going to use Silver Arch's previous settlement victims (that you thought confidentiality agreements would shield until a court orders it) as fact witnesses that will be most persuasive. Matt Cole is going to be held equally personally responsible and linked to Jeff Wolfers greed.

Lastly as your clients are fully aware Rob Perlman would be a great reference check, I do what I say, have the connections to get things done and most importantly I follow through. Every hour that goes by is exposing your clients to massive amounts of increased claims, damages and exposure.

David Ferris
MA BBO 63500

1