# BERNSTEIN CHERNEY LLP

ATTORNEYS AT LAW
955 Park Avenue, Fifth Floor
New York, N.Y. 10028

Hartley T. Bernstein, Esq.
Phone: (212) 381-9684
Fax: (646) 304-8070
hbernstein@bernsteincherney.com

September 22, 2022

Hon. Ona Wang U.S.M.J.
United States Courthouse
500 Pearl Street
New York N.Y. 1007

Re: FD Special Opportunities V, LLC et al v. Silver Arch Capital Partners LLC et al, 21-cv-00797(VM)

Dear Judge Wang:

We represent Defendants Silver Arch Capital Partners, LLC ("SACP"), Jeffrey Wolfer and Matthew Cole in the above-referenced litigation.

I am in receipt of the letter dated September 22, 2022 from Plaintiff's counsel seeking permission to submit an expanded letter in support of Plaintiffs' application for costs and other relief.

I would respectfully request an opportunity to respond on behalf of Defendants. I am away from my office until the Rosh Hashanah holiday concludes on Tuesday and therefore request that I be allowed until Thursday September 27th to respond.

Respectfully,

*Hartley Bernstein*

Hartley T. Bernstein