**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

FD SPECIAL OPPORTUNITIES V, LLC, et al.,

          Plaintiff,        21-CV-0797 (VM) (OTW)

      -against-        **ORDER**

SILVER ARCH CAPITAL PARTNERS, LLC, et al.,

          Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed ECF Nos. 107 and 108.

Plaintiffs' counsel is directed to submit supporting documentation for their motion for expenses pursuant to Rule 37(a)(5), and file an updated motion by **October 14, 2022**.

Plaintiffs' motion for expenses and other relief related to rescheduled depositions is **DENIED**. Defendants have represented that the September depositions were rescheduled as a result of Defendants' counsel's positive COVID-19 test. (ECF 108 at 1). The parties are directed to meet and confer on the location of the October depositions, and submit a **joint** proposed deposition scheduling order by **October 11, 2022.**

The Clerk of Court is respectfully directed to close ECF 107.

**SO ORDERED.**

Dated: October 4, 2022                       _s/ Ona T. Wang_
        New York, New York              **Ona T. Wang**
                                          United States Magistrate Judge