**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
FD SPECIAL OPPORTUNITIES V, LLC, et al.,

        Plaintiff,

        -against-

SILVER ARCH CAPITAL PARTNERS, LLC, et al.,

        Defendants.
-----------------------------------------------------------x

21-CV-0797 (JLR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed ECF Nos. 117 and 118.

The Court finds that Defendant's 30(b)(6) witness should have answered questions relating to third party funding, as such questions fall under Topic Nos. 1, 2, 10, and 17 in Plaintiff's FRCP 30(b)(6) deposition notice. *See* ECF 117-1.

At Plaintiff's election, they may obtain information regarding these topics through one of the following methods:

- Continuing Defendant's 30(b)(6) deposition for **one** additional hour on this particular issue; or

- Submitting written questions to Defendant via interrogatory or written deposition.

The parties are directed to meet and confer on suitable deadlines to complete questioning, and shall file a joint status letter on this issue by **November 11, 2022**. The parties shall also submit monthly joint status letters to the Court on the last business Friday of each month, beginning December 23, 2022.

The Clerk of Court is respectfully directed to close ECF 117.

**SO ORDERED.**

Dated: November 2, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge