**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

FD SPECIAL OPPORTUNITIES V, LLC, et al.,

          Plaintiff,

-against-

SILVER ARCH CAPITAL PARTNERS, LLC, et al.,

          Defendants.

------------------------------------------------------------x

21-CV-797 (VM) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 137. The parties attended court-ordered mediation in September 2022 which was unsuccessful. (ECF 101). Accordingly, the case is **UNSTAYED**.

By **January 13, 2023**, the parties shall file a proposed scheduling order with their projected deadlines, and attach a letter indicating what discovery is outstanding.

**SO ORDERED.**

Dated: January 4, 2023
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge