UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FD SPECIAL OPPORTUNITIES V, LLC, et al.,<br><br>                             Plaintiffs,<br><br>           -against-<br><br>SILVER ARCH CAPITAL PARTNERS, LLC, et al.,<br><br>                             Defendants. | 1:21-cv-00797 (JLR) (OTW)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      WHEREAS the deadline to complete expert discovery is July, 31, 2023.  ECF No. 20.

      IT IS HEREBY ORDERED that the parties shall appear before U.S. District Court Judge Jennifer L. Rochon for a post-discovery conference on **August 24, 2023** at **10 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  This conference will either serve as a pre-motion conference or will be used to set a trial date and dates for pretrial submissions.

      IT IS FURTHER ORDERED that, if any party wishes to move for summary judgment or to exclude expert testimony, it shall, no later than **August 3, 2023**, file a letter as set forth in Section 3(I) of the Court's Individual Rules and Practices in Civil Cases, and any response letter shall be filed no later than **August 10, 2023**.

      IT IS FURTHER ORDERED that, no later than **August 17, 2023**, the parties shall file a joint two-page letter updating the Court on the status of the case, including proposed deadlines for pretrial submissions and trial dates.

In light of this Order, the deadline for dispositive and *Daubert* motions at ECF No. 143 is adjourned. This Order does not impact any other deadlines and this case remains before Magistrate Judge Wang for General Pretrial Purposes.

Dated: February 27, 2023
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge