**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

FD SPECIAL OPPORTUNITIES V, LLC, et al.,   :
                     :
        Plaintiff,          :       21-CV-797 (JLR) (OTW)
                     :
        -against-      :       **ORDER**
                     :

SILVER ARCH CAPITAL PARTNERS, LLC, et al.,  :
                     :
        Defendants.     :
                     :

----------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      On January 17, 2023, the Court adopted the parties' revised scheduling order. (ECF 143).

In the same order, the Court stated that if necessary, it would hold a post-discovery status

conference on June 7, 2023.

      The deadline for completion of expert discovery is currently July 31, 2023, and the

parties report that they are proceeding with litigation pursuant to the case's existing deadlines.

(ECF 149). Accordingly, the June 7, 2023, status conference is adjourned *sine die.* The parties

are directed to continue to inform the Court of the status of the case in their monthly joint

status letters.

      **SO ORDERED.**


                                     *s/ Ona T. Wang*
Dated: June 6, 2023                 **Ona T. Wang**
      New York, New York         United States Magistrate Judge