# BERNSTEIN CHERNEY LLP
ATTORNEYS AT LAW
955 Park Avenue, Fifth Floor West
New York, N.Y. 10028

Hartley T. Bernstein, Esq.
Phone: (212) 381-9684
Fax: (646) 304-8070
hbernstein@bernsteincherney.com

August 9, 2023

Hon. Jennifer L. Rochon, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re: FD Special Opportunities V, LLC et al v. Silver Arch Capital Partners LLC et al, 21-cv-00797(VM)

Dear Judge Rochon:

    I am the attorney for Silver Arch Capital Partners LLC, Jeffrey Wolfer and Matt Cole, the defendants in the above-captioned litigation.

    As per the Court's Order, this matter is scheduled for a video conference on August 24, 2023. I would respectfully request that the conference be adjourned briefly as I will be traveling on that date while taking my son to college and will not have ready access to the internet while in transit. I apologize that I was not previously aware of this conflict.

    I have discussed this request with Michael Avery, counsel for Plaintiffs, and he has no objection. We are jointly requesting that the conference be rescheduled for any day during the week of September 11th, or such other time as may be convenient for the Court, and that we submit our pre-conference letter one week advance of the conference date.

    We have not previously requested an adjournment of the conference.

    We would also appreciate the Court's guidance concerning available projected dates for trial of this matter so that we can begin the process of coordinating the schedules of projected witnesses.

    Thank you for your consideration.

Respectfully,

*Hartley Bernstein*

Hartley T. Bernstein

---

The video conference is hereby adjourned to **September 14, 2023 at 11 a.m.** Counsel should propose multiple trial dates to the Court in their joint letter, as well as pretrial deadlines. The Court intends to proceed with this case expeditiously. Depending on trial duration and other factors, the Court will likely have availability to conduct trial between the months of November 2023 and March 2024. The Court will set a trial date at the September 14 conference.

**SO ORDERED.**

Dated: August 10, 2023
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**