UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FD SPECIAL OPPORTUNITIES V, LLC, et al.,

                                         Plaintiffs,

        -against-

SILVER ARCH CAPITAL PARTNERS, LLC, et al.,

                                         Defendants.

1:21-cv-00797 (JLR) (OTW)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

        As stated on the record at today's post-discovery premotion conference, the Court grants Defendants' request for leave to move for summary judgment. Defendants' opening motion papers, including the Joint 56.1 Statement, are due by **September 28, 2023**. Plaintiffs' opposition is due by **October 19, 2023**. Defendants' reply, if any, is due by **October 26, 2023**.

        The Clerk of Court is respectfully directed to terminate ECF Nos. 156, 157, and 158.

Dated: September 14, 2023
        New York, New York

                                                                SO ORDERED.

                                                               JENNIFER L. ROCHON
                                                               United States District Judge