UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FD SPECIAL OPPORTUNITIES V, LLC, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> SILVER ARCH CAPITAL PARTNERS, LLC, et al., <br><br> Defendants. | 1:21-cv-00797 (JLR) (OTW) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On September 28, 2023, the Court denied Defendants' request to seal certain documents without prejudice to Defendants filing a renewed sealing request by October 3, 2023. ECF No. 167. Defendants have not filed a renewed request to seal or redact documents by that deadline.

Accordingly, the Clerk of Court is respectfully directed to unseal and make visible to the public ECF Nos. 161, 164, and 166.

Additionally, it appears that Defendants re-filed certain summary judgment motion papers due to deficient docket entry errors with their initial papers and filed duplicate notices of motion. Accordingly, to maintain a clean docket, the Clerk of Court is respectfully directed to administratively terminate ECF Nos. 164, 166, and 169.

Dated: October 4, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge