# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FD SPECIAL OPPORTUNITIES V, LLC )<br>and FD GP INVESTMENTS, LLC )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SILVER ARCH CAPITAL PARTNERS, LLC, )<br>JEFFREY WOLFER, an individual, and )<br>MATT COLE, an individual, )<br>)<br>Defendants. ) | Case No. 1:21-cv-00797-JLR-OTW |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Christopher M. Scaperlanda, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Oklahoma, the state of Wisconsin, the Federal Courts of the Northern District of Oklahoma, the Eastern District of Oklahoma, the Western District of Oklahoma, the Western District of Wisconsin and the Eastern District of Wisconsin, and the Third, Seventh, and Tenth Court of Appeals; and that his contact information is as follows:

> Christopher M. Scaperlanda, OBA No. 31703
> MCAFEE & TAFT, A PROFESSIONAL CORPORATION
> Eighth Floor, Two Leadership Square
> 211 North Robinson Avenue
> Oklahoma City, Oklahoma 73102-7103
> Telephone: (405) 552-2356
> Facsimile: (405) 228-7356
> chris.scaperlanda@mcafeetaft.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs, FD Special Opportunities V, LLC, and FD GP Investments, LLC, in the above entitled action;

2

**IT IS HEREBY ORDERED** that the applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 13, 2024

Ona T. Wang
United States Magistrate Judge