

CHRISTOPHER M. SCAPERLANDA
ATTORNEY AT LAW

WRITER DIRECT
(405) 552-2356
FAX (405) 228-7356
chris.scaperlanda@mcafeetaft.com

July 10, 2024

Hon. Jennifer L. Rochon
United States Courthouse
500 Pearl Street
New York, New York 10007

          Re: *FD Special Opportunities V, LLC et al v. Silver Arch Capital Partners LLC et al, 21-cv-00797(JLR-OTW)*

Dear Judge Rochon:

    We represent Plaintiffs FD Special Opportunities V, LLC and FD GP Investment, LLC (collectively, "FD") in the above-referenced litigation. We are writing, jointly, with counsel for Defendants Silver Arch Capital Partners LLC ("SACP"), Jeffrey Wolfer and Matt Cole, to request additional time for the submission of the Joint Pretrial Order, as well as the other filings due contemporaneously with the Pretrial Order pursuant to the Court's rules.

    Counsel for all parties have been working together in a diligent effort to prepare and complete the Joint Pretrial Order and related filings in accordance with Your Honor's Individual Rules of Practice in Civil Cases. While we have been endeavoring to complete that process by July 12th, we believe we will need additional time in order to do so and provide all of the items and details required. Among other things, the extension will allow the parties to reach agreement on issues (*e.g.*, exhibits and jury instructions) that would otherwise need to be presented to the Court for resolution.

    Accordingly, we are respectfully requesting an extension of 12 days (until July 24, 2024), or such other time as the Court may deem appropriate, in order to comply with all prerequisites for the Joint Pretrial Order, as well as the other filings due contemporaneously with the Pretrial Order.

    At the same time, given the time and expense involved in that effort and the anticipated costs of trial, we have taken this opportunity to revive settlement discussions in order to determine whether there is a path towards resolution of this litigation. The additional time will afford us an opportunity to determine whether these discussions will prove fruitful and obviate the need for both the Pretrial Order and eventual trial.

Respectfully,

*/s/ Christopher M. Scaperlanda*
Christopher M. Scaperlanda, admitted pro hac vice
Alex Duncan, admitted pro hac vice
Jennie Mook, admitted pro hac vice
MCAFEE & TAFT, A PROFESSIONAL CORPORATION

The request is GRANTED.  The joint pretrial filings shall be due by July 24, 2024.

Dated: July 11, 2024
       New York, New York
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Eighth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102-7103
Telephone: (405) 552-2356
Facsimile: (405) 228-7356
chris.scaperlanda@mcafeetaft.com
jennie.mook@mcafeetaft.com

and

**TRAFLET & FABIAN**
Stephen G. Traflet (ST-9654)
1001 Avenue of the Americas, 11th Floor
New York, NY 10018
Tel: 212.244.6199
Fax: 212.859.7313
straflet@trafletfabian.com

*Attorneys for Plaintiffs*

**-AND-**

BERNSTEIN CHERNEY LLP

*/s/ Hartley T. Bernstein*
Hartley T. Bernstein
955 Park Avenue, Fifth Floor West
New York, N.Y. 10028
Tel: 212 381-9684
Fax: 646 304-9535
hbernstein@bernsteincherney.com

*Attorneys for Defendants*