UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FD SPECIAL OPPORTUNITIES V, LLC and
FD GP INVESTMENT, LLC,

                Plaintiffs,

-against-

SILVER ARCH CAPITAL PARTNERS, LLC,
JEFFREY WOLFER, an individual, and
MATT COLE, an individual,

                Defendants.

1:21-cv-00797 (JLR) (OTW)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

During the Final Pretrial Conference in this matter on January 16, 2025, the parties agreed to provide further briefing on topics related to pretrial issues. The Court will provide certain rulings now in order to enable the parties to more effectively prepare for trial but will provide the full basis for its rulings on the record on February 24, 2025, before trial begins.

- The Court sustains Defendants' objection to PX 144 and will not permit it to be introduced.

- The Court sustains Plaintiffs' objection to the testimony of Bharat Agrawal and will not permit Defendants to call him to testify.

As a reminder, trial will commence promptly at 9:00 a.m. on February 24, 2025, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: February 3, 2025
      New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge