UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FD SPECIAL OPPORTUNITIES V, LLC, and
FD GP INVESTMENT LLC,

                   Plaintiffs,

      -against-

SILVER ARCH CAPITAL PARTNERS, LLC,
JEFFREY WOLFER, *an individual*, and
MATT COLE*, an individual*,

                  Defendants.

1:21-cv-00797 (JLR) (OTW)

**ORDER OF DISMISSAL**

---

JENNIFER L. ROCHON, United States District Judge:

      The Court having been advised during the first day scheduled for trial that all claims asserted herein have been settled, and with the terms of settlement having been set forth on the record, it is hereby ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within thirty days** of the date of this Order if the settlement is not consummated.  After that date, the dismissal shall be with prejudice.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

      Any pending motions are moot.  All conferences and the trial are cancelled.  The Clerk of Court is directed to CLOSE the case.

Dated: February 24, 2025
     New York, New York

                         SO ORDERED.

                         JENNIFER L. ROCHON
                         United States District Judge